UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-11659-GAO

SDCO ST. MARTIN, INC.,
Plaintiff,

v.

CITY OF MARLBOROUGH,
Defendant.

ORDER
September 25, 2012

O'TOOLE, D.J.

Plaintiff has moved this Court for a preliminary injunction (dkt. no. 8). The Court has reviewed and considered the papers and oral arguments of the parties and it is hereby ORDERED that:

1. Defendant City of Marlborough, as well as all parties in active concert or participation with it, is hereby enjoined from terminating, disconnecting or otherwise interfering with the water and sewer services to plaintiff's property located at 34 St. Martin Drive, Marlborough, Massachusetts pending further order of the Court.

2. As security pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, plaintiff will place monthly payments in escrow until the matter is resolved.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge